**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Shelby Nieman,

Plaintiff,

v.

Mahat Hussein, and Midwest Behavioral Healing Center,

Defendants.

Civ. No. 26-3585 (JWB/LIB)

**ORDER STRIKING MOTIONS**

---

Upon review of Plaintiff's recent filings, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 63) is **STRICKEN WITHOUT PREJUDICE** for failure to comply with Judge Blackwell's practice pointers, which require a party to obtain permission to file a motion for summary judgment before the close of discovery. Any such request for permission would be denied because this action remains in the pleading phase, no scheduling order has been entered, and no discovery has been conducted. All litigants, including those proceeding pro se, must comply with the Federal Rules of Civil Procedure, the Local Rules of this District, and this Court's practice pointers and standing orders.

2. Plaintiff's Motion for Phone Reimbursement (Doc. No. 64) is **STRICKEN WITHOUT PREJEUDICE**. Although styled as a motion for reimbursement, the filing appears to seek relief based on factual allegations and claims not asserted in Plaintiff's Amended Complaint. (*See* Doc. No. 3.) The motion is therefore construed as an attempt to amend the pleadings. A party seeking leave to amend the pleading must comply with

Local Rule 15.1, including submission of the proposed amended pleading. Plaintiff has not done so.

3. The motions are also **DENIED AS MOOT** based on the November 20, 2026 Order granting Defendants' Motion to Dismiss. (Doc. No. 77.) Plaintiff has been granted leave to file an amended pleading by December 11, 2026. To the extent that either motion seeks to add new claims, factual allegations, or requests for relief, Plaintiff has the opportunity to raise those matters in an amended complaint, filed in accordance with the November 20, 2026 Order.

Date: November 23, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge